JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY BURNS,<br><br>        Plaintiff,<br><br>    v.<br><br>CHLOETA HOLDINGS LLC, et al.,<br><br>        Defendants. | Case No. CV 24-8705-MWF(MAAx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS |

The Court has reviewed the Stipulation for Dismissal with Prejudice of All Defendants, filed by Plaintiff and Defendants Chloeta Holdings LLC and Chloeta Fire LLC (the "Stipulation"). (Docket No. 28). Pursuant to Federal Rule of Civil Procedure 41 and for good cause shown, the Court GRANTS the Stipulation and ORDERS that this action as to all Defendants is DISMISSED with prejudice. Each party is responsible for their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 1, 2025

                                      MICHAEL W. FITZGERALD
                                      United States District Judge